Same case below, 424 Fed. Appx. 906.

Same case below, 424 Fed. Appx. 439.

**No. 11-5393. Jose Savillon-Matute, Petitioner v. United States.**

565 U.S. 964, 132 S. Ct. 454, 181 L. Ed. 2d 297, 2011 U.S. LEXIS 7464.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 636 F.3d 119.

**No. 11-5816. Clarence Wayne Dixon, Petitioner v. Arizona.**

565 U.S. 964, 132 S. Ct. 456, 181 L. Ed. 2d 297, 2011 U.S. LEXIS 7463.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 226 Ariz. 545, 250 P.3d 1174.

**No. 11-5803. Scott M. Boger, Petitioner v. S. K. Young, Warden.**

565 U.S. 964, 132 S. Ct. 455, 181 L. Ed. 2d 297, 2011 U.S. LEXIS 7578.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 279.

**No. 11-5817. Damon T. Wilson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 965, 132 S. Ct. 456, 181 L. Ed. 2d 297, 2011 U.S. LEXIS 7515.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5804. Richard Lonnie Booker, Petitioner v. California.**

565 U.S. 964, 132 S. Ct. 455, 181 L. Ed. 2d 297, 2011 U.S. LEXIS 7514.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 141, 245 P.3d 366.

**No. 11-5820. Confesor Vazquez Riquelme, Petitioner v. Oneida de Jesus, et al.**

565 U.S. 965, 132 S. Ct. 457, 181 L. Ed. 2d 297, 2011 U.S. LEXIS 7474.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Puerto Rico denied.

**No. 11-5811. Chivous Robinson, Petitioner v. Joe Easterling, Warden.**

565 U.S. 964, 132 S. Ct. 456, 181 L. Ed. 2d 297, 2011 U.S. LEXIS 7548.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5828. James Lofton, Petitioner v. Henry Steward, Warden.**

565 U.S. 965, 132 S. Ct. 457, 181 L. Ed. 2d 297, 2011 U.S. LEXIS 7516.

October 17, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

297